# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132769

DENNIS RIZZUTO,
        Plaintiff-Appellant,

v

                                       SC: 132769
                                       COA: 269993
                                       Wayne CC: 96-600516-DO

SUSAN RIZZUTO,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the November 8, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. This order is without prejudice to the plaintiff raising the issue of whether MCL 552.28 precludes courts from prohibiting a party from seeking a modification of spousal support prior to the expiration of a stated period of years, should the plaintiff seek to modify his support obligation prior to the expiration of the five-year period imposed by the Wayne Circuit Court's March 7, 2006 order.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2007

s0404

                                  Clerk